**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Sarah Green,<br><br>　　　　　　　　Debtor. | Case No. 25-13966<br>Chapter 13 |

### Certificate of Service

　　I, Michael A. Cibik, certify that on October 24, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

　　I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 24, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

AAFES
Attn: Bankruptcy
PO Box 650060
Dallas, TX 75265

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Telecom Self-reported
Po Box 4500
Allen, TX 75013

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

The Bureaus Inc
Attn: Bankruptcy
650 Dundee Rd, Ste 370
Northbrook, IL 60062

City of Philadelphia
Attn: Parking Violations Branch
PO Box 41819
Philadelphia, PA 19101-1819

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

The Gaston Rural Community Water District
P.O. Box 66
Gaston, SC 29053

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

PGW
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

Transworld System Inc
P.O. Box 15110
Wilmington, DE 19850-5110

Dominion Energy South Carolina
Attn: Bankruptcy
P.O. Box 24401
West Columbia, SC 29171

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

Palmetto Citizens FCU
Attn: Bankruptcy
PO Box 5846
Columbia, SC 29250

Regional Fin
979 Batesville Rd
Greer, SC 29651

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

TD Bank
Attn: Bankruptcy
1701 Route 70 East
Cherry Hill, NJ 08003