**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Sarah Green,<br><br>                    Debtor. | Case No. 25-14313-DJB<br>Chapter 13 |

**Certificate of Service**

    I, Michael A. Cibik, certify that on November 19, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: November 19, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**

Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320

Philadelphia, PA 19107

**Kenneth E. West**

190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Method of Service - First Class Mail:**

**AAFES**
Attn: Bankruptcy
PO Box 650060
Dallas, TX 75265

**Palmetto Citizens FCU**
Attn: Bankruptcy
PO Box 5846
Columbia, SC 29250

**Regional Fin**
979 Batesville Rd
Greer, SC 29651

**Beacon Resp Services of Chester**
PO Box 748850
Los Angeles, CA 90074

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**TD Bank**
Attn: Bankruptcy
1701 Route 70 East
Cherry Hill, NJ 08003

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Pennsylvania Attorney General**
16th Floor, Strawberry Square Harrisburg, PA 17120-0001

**Telecom Self-reported**
Po Box 4500
Allen, TX 75013

**City of Philadelphia**
Attn: Parking Violations Branch PO Box 41819
Philadelphia, PA 19101-1819

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**The Bureaus Inc**
Attn: Bankruptcy
650 Dundee Rd, Ste 370
Northbrook, IL 60062

**City of Philadelphia**
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**The Gaston Rural Community Water District**
P.O. Box 66
Gaston, SC 29053

**Dominion Energy South Carolina**
Attn: Bankruptcy
P.O. Box 24401
West Columbia, SC 29171

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3 Philadelphia, PA 19122-2806

**Transworld System Inc**
P.O. Box 15110
Wilmington, DE 19850-5110

**Internal Revenue Service**
Centralized Insolvency Operation PO Box 7346
Philadelphia, PA 19101-7346

**Philadelphia Municipal Court**
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**Lexington Medical Center**
1734 Woodtrail Drive
Gaston, SC 29053

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683