

GDI Services Inc US
24300 Southfield Rd
Ste 300
Southfield, MI 48075

**Pay Statement**

| | |
|---|---|
| Period Start Date | 10/20/2025 |
| Period End Date | 10/26/2025 |
| Pay Date | 10/31/2025 |
| Document | 919348 |
| **Net Pay** | **$467.77** |

## Pay Details

**Sarah E Green**
235 E Fariston Dr
Philadelphia, PA 19120
USA

| | | | |
|---|---|---|---|
| Employee Number | 100070917 | Pay Group | SA6 |
| SSN | XXX-XX-XXXX | Location | 58159-MISC-SHELLVILL BOLR |
| Job | Supplemental | Region | 110070 - PA-PH02 |
| Pay Rate | $20.09 | Department | 200068 - Operations – Direct Labor |
| Pay Frequency | Weekly | CostCenter | 458159 - 58159-MISC-SHELLVILL BOLR |
| | | JobGroupWFM | 10002 - Union -GU |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular - P | 0.000000 | $0.00 | $0.00 | $642.88 |
| Regular Hrly | 27.300000 | $0.00 | $548.46 | $7,597.06 |

Total Hours  27.300000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Un Dues-32BJPIT | $0.00 | No | $0.00 | $40.00 | $0.00 | $0.00 |
| Un. 401K-32BJ | $0.00 | Yes | $0.00 | $0.00 | $5.46 | $82.03 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Employee Medicare | $548.46 | $7.95 | $119.48 |
| Social Security Employee Tax | $548.46 | $34.01 | $510.88 |
| PA State Income Tax | $548.46 | $16.84 | $252.98 |
| PHILA R | $548.46 | $20.51 | $308.16 |
| UPPER MERION TWP LST | $548.46 | $0.90 | $10.80 |
| UPPER MERION SD-UPPER MERION T | $548.46 | $0.10 | $1.20 |
| PA Unemployment Employee | $548.46 | $0.38 | $5.75 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6953 | Checking | $467.77 |
| Total | | $467.77 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $548.46 | $548.46 | $80.69 | $0.00 | **$467.77** |
| YTD | $8,239.94 | $8,239.94 | $1,209.25 | $40.00 | $6,990.69 |



GDI Services Inc US
24300 Southfield Rd
Ste 300
Southfield, MI 48075

**Pay Statement**

| | |
|---|---|
| Period Start Date | 10/06/2025 |
| Period End Date | 10/12/2025 |
| Pay Date | 10/17/2025 |
| Document | 906422 |
| **Net Pay** | **$644.05** |

## Pay Details

**Sarah E Green**
235 E Fariston Dr
Philadelphia, PA 19120
USA

| | | | |
|---|---|---|---|
| Employee Number | 100070917 | Pay Group | SA6 |
| SSN | XXX-XX-XXXX | Location | 58159-MISC-SHELLVILL BOLR |
| Job | Supplemental | Region | 110070 - PA-PH02 |
| Pay Rate | $20.09 | Department | 200068 - Operations – Direct Labor |
| Pay Frequency | Weekly | CostCenter | 458159 - 58159-MISC-SHELLVILL BOLR |
| | | JobGroupWFM | 10002 - Union -GU |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular - P | 0.000000 | $0.00 | $0.00 | $642.88 |
| Regular Hrly | 37.566700 | $0.00 | $754.72 | $7,048.60 |

**Total Hours** 37.566700

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Un Dues-32BJPIT | $0.00 | No | $0.00 | $40.00 | $0.00 | $0.00 |
| Un. 401K-32BJ | $0.00 | Yes | $0.00 | $0.00 | $7.51 | $76.57 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Employee Medicare | $754.72 | $10.95 | $111.53 |
| Social Security Employee Tax | $754.72 | $46.79 | $476.87 |
| PA State Income Tax | $754.72 | $23.17 | $236.14 |
| PHILA R | $754.72 | $28.23 | $287.65 |
| UPPER MERION TWP LST | $1,492.50 | $0.90 | $9.90 |
| UPPER MERION SD-UPPER MERION T | $1,492.50 | $0.10 | $1.10 |
| PA Unemployment Employee | $754.72 | $0.53 | $5.37 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6953 | Checking | $644.05 |
| Total | | $644.05 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $754.72 | $754.72 | $110.67 | $0.00 | **$644.05** |
| YTD | $7,691.48 | $7,691.48 | $1,128.56 | $40.00 | $6,522.92 |



GDI Services Inc US
24300 Southfield Rd
Ste 300
Southfield, MI 48075

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/29/2025 |
| Period End Date | 10/05/2025 |
| Pay Date | 10/10/2025 |
| Document | 902039 |
| **Net Pay** | **$722.01** |

## Pay Details

**Sarah E Green**
235 E Fariston Dr
Philadelphia, PA 19120
USA

| | | | |
|---|---|---|---|
| Employee Number | 100070917 | Pay Group | SA6 |
| SSN | XXX-XX-XXXX | Location | 58159-MISC-SHELLVILL BOLR |
| Job | Supplemental | Region | 110070 - PA-PH02 |
| Pay Rate | $20.09 | Department | 200068 - Operations – Direct Labor |
| Pay Frequency | Weekly | CostCenter | 458159 - 58159-MISC-SHELLVILL BOLR |
| | | JobGroupWFM | 10002 - Union -GU |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular - P | 0.000000 | $0.00 | $0.00 | $642.88 |
| Regular Hrly | 30.949900 | $0.00 | $621.78 | $6,293.88 |

Total Hours   30.949900

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Dental | $0.00 | Yes | ($52.00) | $0.00 | $0.00 | $0.00 |
| EE Sup Life | $0.00 | No | ($24.00) | $0.00 | $0.00 | $0.00 |
| Long Term Care | $0.00 | No | ($64.00) | $0.00 | $0.00 | $0.00 |
| STD | $0.00 | Yes | ($48.00) | $0.00 | $0.00 | $0.00 |
| Un Dues-32BJPIT | $0.00 | No | $0.00 | $40.00 | $0.00 | $0.00 |
| Vision | $0.00 | Yes | ($16.00) | $0.00 | $0.00 | $0.00 |
| Un. 401K-32BJ | $0.00 | Yes | $0.00 | $0.00 | $6.19 | $69.06 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Employee Medicare | $737.78 | $10.69 | $100.58 |
| Social Security Employee Tax | $737.78 | $45.74 | $430.08 |
| PA State Income Tax | $737.78 | $22.65 | $212.97 |
| PHILA R | $621.78 | $23.25 | $259.42 |
| UPPER MERION TWP LST | $0.00 | $0.90 | $9.00 |
| UPPER MERION SD-UPPER MERION T | $0.00 | $0.10 | $1.00 |
| PA Unemployment Employee | $621.78 | $0.44 | $4.84 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6953 | Checking | $722.01 |
| Total | | $722.01 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $621.78 | $737.78 | $103.77 | ($204.00) | **$722.01** |
| YTD | $6,936.76 | $6,936.76 | $1,017.89 | $40.00 | $5,878.87 |



GDI Services Inc US
24300 Southfield Rd
Ste 300
Southfield, MI 48075

**Pay Statement**
Period Start Date  09/22/2025
Period End Date    09/28/2025
Pay Date           10/03/2025
Document           893869

**Net Pay    $609.58**

## Pay Details

**Sarah E Green**
235 E Fariston Dr
Philadelphia, PA 19120
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | | Pay Group | | |
| SSN | XXX-XX-XXXX | Location | 58159-MISC-SHELLVILL BOLR | |
| Job | Supplemental | Region | 110070 - PA-PH02 | |
| Pay Rate | $20.09 | Department | 200068 - Operations – Direct Labor | |
| Pay Frequency | Weekly | CostCenter | 458159 - 58159-MISC-SHELLVILL BOLR | |
| | | JobGroupWFM | 10002 - Union -GU | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular - P | 0.000000 | $0.00 | $0.00 | $642.88 |
| Regular Hrly | 39.283300 | $0.00 | $789.21 | $5,672.10 |

Total Hours   39.283300

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Dental | $6.50 | Yes | $6.50 | $52.00 | $0.00 | $0.00 |
| EE Sup Life | $3.00 | No | $3.00 | $24.00 | $0.00 | $0.00 |
| Long Term Care | $8.00 | No | $8.00 | $64.00 | $0.00 | $0.00 |
| STD | $6.00 | Yes | $6.00 | $48.00 | $0.00 | $0.00 |
| Un Dues-32BJPIT | $0.00 | No | $40.00 | $40.00 | $0.00 | $0.00 |
| Vision | $2.00 | Yes | $2.00 | $16.00 | $0.00 | $0.00 |
| Un. 401K-32BJ | $0.00 | Yes | $0.00 | $0.00 | $7.86 | $62.87 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Employee Medicare | $774.71 | $11.24 | $89.89 |
| Social Security Employee Tax | $774.71 | $48.04 | $384.34 |
| PA State Income Tax | $774.71 | $23.78 | $190.32 |
| PHILA R | $789.21 | $29.52 | $236.17 |
| UPPER MERION TWP | $774.71 | $0.90 | $8.10 |
| UPPER MERION SD | $774.71 | $0.10 | $0.90 |
| PA Unemployment Employee | $789.21 | $0.55 | $4.40 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx | Checking | $609.58 |
| Total | | $609.58 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $789.21 | $774.71 | $114.13 | $65.50 | **$609.58** |
| YTD | $6,314.98 | $6,198.98 | $914.12 | $244.00 | $5,156.86 |



GDI Services Inc US
24300 Southfield Rd
Ste 300
Southfield, MI 48075

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/15/2025 |
| Period End Date | 09/21/2025 |
| Pay Date | 09/26/2025 |
| Document | 889399 |
| **Net Pay** | **$651.59** |

## Pay Details

**Sarah E Green**
235 E Fariston Dr
Philadelphia, PA 19120
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ▮▮▮▮▮▮ | Pay Group | ▮▮ | |
| SSN | XXX-XX-XXXX | Location | 58159-MISC-SHELLVILL BOLR | |
| Job | Supplemental | Region | 110070 - PA-PH02 | |
| Pay Rate | $20.09 | Department | 200068 - Operations – Direct Labor | |
| Pay Frequency | Weekly | CostCenter | 458159 - 58159-MISC-SHELLVILL BOLR | |
| | | JobGroupWFM | 10002 - Union -GU | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular - P | 0.000000 | $0.00 | $0.00 | $642.88 |
| Regular Hrly | 39.400100 | $0.00 | $791.54 | $4,882.89 |

**Total Hours** 39.400100

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Dental | $6.50 | Yes | $6.50 | $45.50 | $0.00 | $0.00 |
| EE Sup Life | $3.00 | No | $3.00 | $21.00 | $0.00 | $0.00 |
| Long Term Care | $8.00 | No | $8.00 | $56.00 | $0.00 | $0.00 |
| STD | $6.00 | Yes | $6.00 | $42.00 | $0.00 | $0.00 |
| Vision | $2.00 | Yes | $2.00 | $14.00 | $0.00 | $0.00 |
| Un. 401K-32BJ | $0.00 | Yes | $0.00 | $0.00 | $7.88 | $55.01 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Employee Medicare | $777.04 | $11.27 | $78.65 |
| Social Security Employee Tax | $777.04 | $48.17 | $336.30 |
| PA State Income Tax | $777.04 | $23.86 | $166.54 |
| PHILA R | $791.54 | $29.60 | $206.65 |
| UPPER MERION TWP | $777.04 | $0.90 | $7.20 |
| UPPER MERION SD | $777.04 | $0.10 | $0.80 |
| PA Unemployment Employee | $791.54 | $0.55 | $3.85 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6953 | Checking | $651.59 |
| Total | | $651.59 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $791.54 | $777.04 | $114.45 | $25.50 | **$651.59** |
| YTD | $5,525.77 | $5,424.27 | $799.99 | $178.50 | $4,547.28 |



GDI Services Inc US
24300 Southfield Rd
Ste 300
Southfield, MI 48075

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/08/2025 |
| Period End Date | 09/14/2025 |
| Pay Date | 09/19/2025 |
| Document | 882120 |
| **Net Pay** | **$626.41** |

## Pay Details

**Sarah E Green**
235 E Fariston Dr
Philadelphia, PA 19120
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ▮▮▮▮▮▮ | Pay Group | ▮▮ | |
| SSN | XXX-XX-XXXX | Location | 58159-MISC-SHELLVILL BOLR | |
| Job | Supplemental | Region | 110070 - PA-PH02 | |
| Pay Rate | $20.09 | Department | 200068 - Operations – Direct Labor | |
| Pay Frequency | Weekly | CostCenter | 458159 - 58159-MISC-SHELLVILL BOLR | |
| | | JobGroupWFM | 10002 - Union -GU | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular - P | 0.000000 | $0.00 | $0.00 | $642.88 |
| Regular Hrly | 37.933300 | $0.00 | $762.08 | $4,091.35 |

**Total Hours**  37.933300

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Dental | $6.50 | Yes | $6.50 | $39.00 | $0.00 | $0.00 |
| EE Sup Life | $3.00 | No | $3.00 | $18.00 | $0.00 | $0.00 |
| Long Term Care | $8.00 | No | $8.00 | $48.00 | $0.00 | $0.00 |
| STD | $6.00 | Yes | $6.00 | $36.00 | $0.00 | $0.00 |
| Vision | $2.00 | Yes | $2.00 | $12.00 | $0.00 | $0.00 |
| Un. 401K-32BJ | $0.00 | Yes | $0.00 | $0.00 | $7.59 | $47.13 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Employee Medicare | $747.58 | $10.84 | $67.38 |
| Social Security Employee Tax | $747.58 | $46.35 | $288.13 |
| PA State Income Tax | $747.58 | $22.95 | $142.68 |
| PHILA R | $762.08 | $28.50 | $177.05 |
| UPPER MERION TWP | $747.58 | $0.90 | $6.30 |
| UPPER MERION SD | $747.58 | $0.10 | $0.70 |
| PA Unemployment Employee | $762.08 | $0.53 | $3.30 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6953 | Checking | $626.41 |
| Total | | $626.41 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $762.08 | $747.58 | $110.17 | $25.50 | **$626.41** |
| YTD | $4,734.23 | $4,647.23 | $685.54 | $153.00 | $3,895.69 |



GDI Services Inc US
24300 Southfield Rd
Ste 300
Southfield, MI 48075

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/01/2025 |
| Period End Date | 09/07/2025 |
| Pay Date | 09/12/2025 |
| Document | 875942 |
| **Net Pay** | **$601.22** |

## Pay Details

**Sarah E Green**
235 E Fariston Dr
Philadelphia, PA 19120
USA

| | | | |
|---|---|---|---|
| Employee Number | ▇▇▇▇▇▇ | Pay Group | ▇▇ |
| SSN | XXX-XX-XXXX | Location | 58159-MISC-SHELLVILL BOLR |
| Job | Supplemental | Region | 110070 - PA-PH02 |
| Pay Rate | $20.09 | Department | 200068 - Operations – Direct Labor |
| Pay Frequency | Weekly | CostCenter | 458159 - 58159-MISC-SHELLVILL BOLR |
| | | JobGroupWFM | 10002 - Union -GU |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular - P | 0.000000 | $0.00 | $0.00 | $642.88 |
| Regular Hrly | 36.466600 | $0.00 | $732.62 | $3,329.27 |

**Total Hours** 36.466600

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Dental | $6.50 | Yes | $6.50 | $32.50 | $0.00 | $0.00 |
| EE Sup Life | $3.00 | No | $3.00 | $15.00 | $0.00 | $0.00 |
| Long Term Care | $8.00 | No | $8.00 | $40.00 | $0.00 | $0.00 |
| STD | $6.00 | Yes | $6.00 | $30.00 | $0.00 | $0.00 |
| Vision | $2.00 | Yes | $2.00 | $10.00 | $0.00 | $0.00 |
| Un. 401K-32BJ | $0.00 | Yes | $0.00 | $0.00 | $7.29 | $39.54 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Employee Medicare | $718.12 | $10.41 | $56.54 |
| Social Security Employee Tax | $718.12 | $44.53 | $241.78 |
| PA State Income Tax | $718.12 | $22.05 | $119.73 |
| PHILA R | $732.62 | $27.40 | $148.55 |
| UPPER MERION TWP | $718.12 | $0.90 | $5.40 |
| UPPER MERION SD | $718.12 | $0.10 | $0.60 |
| PA Unemployment Employee | $732.62 | $0.51 | $2.77 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6953 | Checking | $601.22 |
| Total | | $601.22 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $732.62 | $718.12 | $105.90 | $25.50 | **$601.22** |
| YTD | $3,972.15 | $3,899.65 | $575.37 | $127.50 | $3,269.28 |



GDI Services Inc US
24300 Southfield Rd
Ste 300
Southfield, MI 48075

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/25/2025 |
| Period End Date | 08/31/2025 |
| Pay Date | 09/05/2025 |
| Document | 871204 |
| **Net Pay** | **$614.69** |

## Pay Details

**Sarah E Green**
235 E Fariston Dr
Philadelphia, PA 19120
USA

| | | | |
|---|---|---|---|
| Employee Number | ▮▮▮▮▮▮ | Pay Group | ▮▮ |
| SSN | XXX-XX-XXXX | Location | 58159-MISC-SHELLVILL BOLR |
| Job | Supplemental | Region | 110070 - PA-PH02 |
| Pay Rate | $20.09 | Department | 200068 - Operations – Direct Labor |
| Pay Frequency | Weekly | CostCenter | 458159 - 58159-MISC-SHELLVILL BOLR |
| | | JobGroupWFM | 10002 - Union -GU |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---:|---:|---:|---:|
| Regular - P | 0.000000 | $0.00 | $0.00 | $642.88 |
| Regular Hrly | 37.250100 | $0.00 | $748.36 | $2,596.65 |

Total Hours   37.250100

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---:|---|---:|---:|---:|---:|
| Dental | $6.50 | Yes | $6.50 | $26.00 | $0.00 | $0.00 |
| EE Sup Life | $3.00 | No | $3.00 | $12.00 | $0.00 | $0.00 |
| Long Term Care | $8.00 | No | $8.00 | $32.00 | $0.00 | $0.00 |
| STD | $6.00 | Yes | $6.00 | $24.00 | $0.00 | $0.00 |
| Vision | $2.00 | Yes | $2.00 | $8.00 | $0.00 | $0.00 |
| Un. 401K-32BJ | $0.00 | Yes | $0.00 | $0.00 | $7.45 | $32.25 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---:|---:|---:|
| Employee Medicare | $733.86 | $10.64 | $46.13 |
| Social Security Employee Tax | $733.86 | $45.49 | $197.25 |
| PA State Income Tax | $733.86 | $22.53 | $97.68 |
| PHILA R | $748.36 | $27.99 | $121.15 |
| UPPER MERION TWP | $733.86 | $0.90 | $4.50 |
| UPPER MERION SD | $733.86 | $0.10 | $0.50 |
| PA Unemployment Employee | $748.36 | $0.52 | $2.26 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxxx6953 | Checking | $614.69 |
| Total | | $614.69 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $748.36 | $733.86 | $108.17 | $25.50 | **$614.69** |
| YTD | $3,239.53 | $3,181.53 | $469.47 | $102.00 | $2,668.06 |



GDI Services Inc US
24300 Southfield Rd
Ste 300
Southfield, MI 48075

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/18/2025 |
| Period End Date | 08/24/2025 |
| Pay Date | 08/29/2025 |
| Document | 863947 |
| **Net Pay** | **$622.68** |

## Pay Details

**Sarah E Green**
235 E Fariston Dr
Philadelphia, PA 19120
USA

| | | | | |
|---|---|---|---|
| Employee Number | ▇▇▇▇▇ | Pay Group | ▇▇ |
| SSN | XXX-XX-XXXX | Location | 58159-MISC-SHELLVILL BOLR |
| Job | Supplemental | Region | 110070 - PA-PH02 |
| Pay Rate | $20.09 | Department | 200068 - Operations – Direct Labor |
| Pay Frequency | Weekly | CostCenter | 458159 - 58159-MISC-SHELLVILL BOLR |
| | | JobGroupWFM | 10002 - Union -GU |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular - P | 0.000000 | $0.00 | $0.00 | $642.88 |
| Regular Hrly | 37.716700 | $0.00 | $757.73 | $1,848.29 |

Total Hours 37.716700

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Dental | $6.50 | Yes | $6.50 | $19.50 | $0.00 | $0.00 |
| EE Sup Life | $3.00 | No | $3.00 | $9.00 | $0.00 | $0.00 |
| Long Term Care | $8.00 | No | $8.00 | $24.00 | $0.00 | $0.00 |
| STD | $6.00 | Yes | $6.00 | $18.00 | $0.00 | $0.00 |
| Vision | $2.00 | Yes | $2.00 | $6.00 | $0.00 | $0.00 |
| Un. 401K-32BJ | $0.00 | Yes | $0.00 | $0.00 | $7.54 | $24.80 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Employee Medicare | $743.23 | $10.78 | $35.49 |
| Social Security Employee Tax | $743.23 | $46.08 | $151.76 |
| PA State Income Tax | $743.23 | $22.82 | $75.15 |
| PHILA R | $757.73 | $28.34 | $93.16 |
| UPPER MERION TWP | $743.23 | $0.90 | $3.60 |
| UPPER MERION SD | $743.23 | $0.10 | $0.40 |
| PA Unemployment Employee | $757.73 | $0.53 | $1.74 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6953 | Checking | $622.68 |
| Total | | $622.68 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $757.73 | $743.23 | $109.55 | $25.50 | **$622.68** |
| YTD | $2,491.17 | $2,447.67 | $361.30 | $76.50 | $2,053.37 |



GDI Services Inc US
24300 Southfield Rd
Ste 300
Southfield, MI 48075

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/11/2025 |
| Period End Date | 08/17/2025 |
| Pay Date | 08/22/2025 |
| Document | 856017 |
| **Net Pay** | **$632.42** |

## Pay Details

**Sarah E Green**
235 E Fariston Dr
Philadelphia, PA 19120
USA

| | | | |
|---|---|---|---|
| Employee Number | ▇▇▇▇▇ | Pay Group | ▇▇ |
| SSN | XXX-XX-XXXX | Location | 58159-MISC-SHELLVILL BOLR |
| Job | Supplemental | Region | 110070 - PA-PH02 |
| Pay Rate | $20.09 | Department | 200068 - Operations – Direct Labor |
| Pay Frequency | Weekly | CostCenter | 458159 - 58159-MISC-SHELLVILL BOLR |
| | | JobGroupWFM | 10002 - Union -GU |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular - P | 0.000000 | $0.00 | $0.00 | $642.88 |
| Regular Hrly | 38.283400 | $0.00 | $769.12 | $1,090.56 |

Total Hours  38.283400

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Dental | $6.50 | Yes | $6.50 | $13.00 | $0.00 | $0.00 |
| EE Sup Life | $3.00 | No | $3.00 | $6.00 | $0.00 | $0.00 |
| Long Term Care | $8.00 | No | $8.00 | $16.00 | $0.00 | $0.00 |
| STD | $6.00 | Yes | $6.00 | $12.00 | $0.00 | $0.00 |
| Vision | $2.00 | Yes | $2.00 | $4.00 | $0.00 | $0.00 |
| Un. 401K-32BJ | $0.00 | Yes | $0.00 | $0.00 | $7.66 | $17.26 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Employee Medicare | $754.62 | $10.94 | $24.71 |
| Social Security Employee Tax | $754.62 | $46.79 | $105.68 |
| PA State Income Tax | $754.62 | $23.17 | $52.33 |
| PHILA R | $769.12 | $28.76 | $64.82 |
| UPPER MERION TWP | $754.62 | $0.90 | $2.70 |
| UPPER MERION SD | $754.62 | $0.10 | $0.30 |
| PA Unemployment Employee | $769.12 | $0.54 | $1.21 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6953 | Checking | $632.42 |
| Total | | $632.42 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $769.12 | $754.62 | $111.20 | $25.50 | **$632.42** |
| YTD | $1,733.44 | $1,704.44 | $251.75 | $51.00 | $1,430.69 |



GDI Services Inc US
24300 Southfield Rd
Ste 300
Southfield, MI 48075

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/04/2025 |
| Period End Date | 08/10/2025 |
| Pay Date | 08/15/2025 |
| Document | 850663 |
| **Net Pay** | **$661.89** |

## Pay Details

**Sarah E Green**
235 E Fariston Dr
Philadelphia, PA 19120
USA

| | | | |
|---|---|---|---|
| Employee Number | ▮▮▮▮▮▮ | Pay Group | ▮▮ |
| SSN | XXX-XX-XXXX | Location | 58159-MISC-SHELLVILL BOLR |
| Job | Supplemental | Region | 110070 - PA-PH02 |
| Pay Rate | $20.09 | Department | 200068 - Operations – Direct Labor |
| Pay Frequency | Weekly | CostCenter | 458159 - 58159-MISC-SHELLVILL BOLR |
| | | JobGroupWFM | 10002 - Union -GU |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular - P | 32.000000 | $0.00 | $642.88 | $642.88 |
| Regular Hrly | 8.000000 | $0.00 | $160.72 | $321.44 |

**Total Hours** 40.000000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Dental | $6.50 | Yes | $6.50 | $6.50 | $0.00 | $0.00 |
| EE Sup Life | $3.00 | No | $3.00 | $3.00 | $0.00 | $0.00 |
| Long Term Care | $8.00 | No | $8.00 | $8.00 | $0.00 | $0.00 |
| STD | $6.00 | Yes | $6.00 | $6.00 | $0.00 | $0.00 |
| Vision | $2.00 | Yes | $2.00 | $2.00 | $0.00 | $0.00 |
| Un. 401K-32BJ | $0.00 | Yes | $0.00 | $0.00 | $8.00 | $9.60 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Employee Medicare | $789.10 | $11.44 | $13.77 |
| Social Security Employee Tax | $789.10 | $48.93 | $58.89 |
| PA State Income Tax | $789.10 | $24.23 | $29.16 |
| PHILA R | $803.60 | $30.05 | $36.06 |
| UPPER MERION TWP | $789.10 | $0.90 | $1.80 |
| UPPER MERION SD | $789.10 | $0.10 | $0.20 |
| PA Unemployment Employee | $803.60 | $0.56 | $0.67 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6953 | Checking | $661.89 |
| Total | | $661.89 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $803.60 | $789.10 | $116.21 | $25.50 | **$661.89** |
| YTD | $964.32 | $949.82 | $140.55 | $25.50 | $798.27 |



GDI Services Inc US
24300 Southfield Rd
Ste 300
Southfield, MI 48075

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/28/2025 |
| Period End Date | 08/03/2025 |
| Pay Date | 08/08/2025 |
| Document | 845586 |
| **Net Pay** | **$136.38** |

## Pay Details

**Sarah E Green**
235 E Fariston Dr
Philadelphia, PA 19120
USA

| | | | |
|---|---|---|---|
| Employee Number | ▇▇▇▇ | Pay Group | ▇▇▇ |
| SSN | XXX-XX-XXXX | Location | 58159-MISC-SHELLVILL BOLR |
| Job | Supplemental | Region | 110070 - PA-PH02 |
| Pay Rate | $20.09 | Department | 200068 - Operations – Direct Labor |
| Pay Frequency | Weekly | CostCenter | 458159 - 58159-MISC-SHELLVILL BOLR |
| | | JobGroupWFM | 10002 - Union -GU |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Hrly | 8.000000 | $0.00 | $160.72 | $160.72 |

**Total Hours** 8.000000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Un. 401K-32BJ | $0.00 | Yes | $0.00 | $0.00 | $1.60 | $1.60 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Employee Medicare | $160.72 | $2.33 | $2.33 |
| Social Security Employee Tax | $160.72 | $9.96 | $9.96 |
| PA State Income Tax | $160.72 | $4.93 | $4.93 |
| PHILA R | $160.72 | $6.01 | $6.01 |
| UPPER MERION TWP | $160.72 | $0.90 | $0.90 |
| UPPER MERION SD | $160.72 | $0.10 | $0.10 |
| PA Unemployment Employee | $160.72 | $0.11 | $0.11 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx8001 | Checking | $136.38 |
| Total | | $136.38 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $160.72 | $160.72 | $24.34 | $0.00 | **$136.38** |
| YTD | $160.72 | $160.72 | $24.34 | $0.00 | $136.38 |