United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 25-14313-djb

Sarah Green                                                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 3

Date Rcvd: May 07, 2026                       Form ID: 155                         Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sarah Green, 7101 Woodland Ave Apt 206, Philadelphia, PA 19142-1039 |
| 15064502 | | Dominion Energy South Carolina, Attn: Bankruptcy, P.O. Box 24401, West Columbia, SC 29171 |
| 15087443 | | JEFFERSON HEALTH - EINSTEIN, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15064506 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15064510 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15064516 | + | The Gaston Rural Community Water District, P.O. Box 66, Gaston, SC 29053-0066 |
| 15064519 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15064498 | + | Email/Text: BankruptcyNotices@aafes.com | May 08 2026 01:28:00 | AAFES, Attn: Bankruptcy, PO Box 650060, Dallas, TX 75265-0060 |
| 15086761 | + | Email/Text: BankruptcyNotices@aafes.com | May 08 2026 01:28:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236-1509 |
| 15064501 | | Email/Text: megan.harper@phila.gov | May 08 2026 01:28:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15064499 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2026 01:33:28 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15072270 | + | Email/PDF: ebn_ais@aisinfo.com | May 08 2026 01:33:41 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15064500 | | Email/Text: bankruptcy@philapark.org | May 08 2026 01:28:00 | City of Philadelphia, Attn: Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15064503 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 08 2026 01:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15066206 | | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2026 01:33:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15070806 | + | Email/Text: cssupport@lexhealth.org | May 08 2026 01:28:00 | Lexington Medical Center, P.O. Box 100061, Atlanta, GA 30348-0061 |
| 15064505 | + | Email/Text: bankruptcygroup@peco-energy.com | May 08 2026 01:28:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15064509 | ^ | MEBN | May 08 2026 01:22:27 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15064504 | + | Email/Text: bankruptcycoll@palmettocitizens.org | May 08 2026 01:28:00 | Palmetto Citizens FCU, Attn: Bankruptcy, PO Box |

District/off: 0313-2                              User: admin                              Page 2 of 3

Date Rcvd: May 07, 2026                          Form ID: 155                             Total Noticed: 29

| | | | |
|---|---|---|---|
| | | | 5846, Columbia, SC 29250-5846 |
| 15064507 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2026 01:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15064508 | ^ MEBN | May 08 2026 01:22:36 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15064511 | Email/Text: bankruptcy@philapark.org | May 08 2026 01:28:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15066205 | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2026 01:33:31 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15064512 | + Email/Text: bankruptcy@regionalmanagement.com | May 08 2026 01:27:00 | Regional Fin, 979 Batesville Rd, Greer, SC 29651-6819 |
| 15064513 | Email/Text: bankruptcy@td.com | May 08 2026 01:28:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 15064514 | ^ MEBN | May 08 2026 01:22:32 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15064515 | + Email/Text: bnc-thebureaus@quantum3group.com | May 08 2026 01:28:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15064517 | Email/Text: bankruptcydepartment@tsico.com | May 08 2026 01:28:00 | Transworld System Inc, P.O. Box 15110, Wilmington, DE 19850-5110 |
| 15064518 | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 08 2026 01:28:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Sarah Green help@cibiklaw.com |

District/off: 0313-2                        User: admin                                    Page 3 of 3

Date Rcvd: May 07, 2026                   Form ID: 155                               Total Noticed: 29

noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:          )
 Sarah Green       )   Case No. 25−14313−djb
            )
            )
 Debtor(s).        )   Chapter: 13
            )
            )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

 **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

 **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

 **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

 **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 7, 2026          For The Court

                Derek J Baker
                Judge, United States Bankruptcy Court